# ELECTRONIC RECORD

COA #  04-13-00637-CR          OFFENSE: Intoxication Manslaughter

STYLE: Jeffrey Theisen v. The State of Texas          COUNTY: Bexar

COA DISPOSITION: Affirmed          TRIAL COURT: 399th District Court

DATE:10/08-2014          Publish: NO  TC CASE #:  2012CR2446

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE:  «Style1» v. «Style2»          CCA #: 1498-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_____REFUSED_____          JUDGE: _____
DATE: 02/11/2015          SIGNED: _____  PC: _____
JUDGE: Per Curiam          PUBLISH: _____  DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____